*General Littell,* and *Messrs. Vernon L. Wilkinson, Fred W. Smith,* and *Walter J. Cummings, Jr.,* for the United States, respondent.

No. 632. Grace Line, Inc. *v.* Cuba Distilling Co., Inc. et al. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Messrs. D. Roger Englar* and *Leonard J. Matteson* for respondents.

Nos. 638 and 639. Huntman Stabilizer Corp. *v.* General Motors Corp. December 4, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Benj. T. Rauber* and *Leonard G. Brown* for petitioner. *Messrs. Drury W. Cooper* and *Drury W. Cooper, Jr.* for respondent.

No. 606. National Surety Corp. *v.* United States. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Delbert M. Tibbetts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 640. Great Lakes Dredge & Dock Co. *v.* United States. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert S. Erskine* for petitioner. *Solicitor Gen-*

*eral Fahy, Assistant Attorney General Shea,* and *Mr. Abraham J. Harris* for the United States.

No. 653. AMERICAN - LAFRANCE - FOAMITE CORP. *v.* URQUHART ET AL. December 4, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Oscar W. Jeffery, Harry G. Kimball,* and *Richard K. Stevens* for petitioner.

No. 646. REGENSBURG, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 647. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 648. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 649. REGENSBURG *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 650. REGENSBURG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur B. Hyman* for petitioners. *Assistant Attorney General Samuel O. Clark, Jr.* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harry Baum* for respondent.

No. 605. BEACON MILLING CO., INC. *v.* NEW YORK CENTRAL RAILROAD CO. December 4, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied for want of a final judgment. *Mr. August G.*